UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMC INVESTMENT GROUP FE WINERY, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FAIRWINDS ESTATE, LLC, et al.,<br><br>        Defendants. | Case No. 16-cv-01134-JSW<br><br>**ORDER GRANTING LEAVE FOR REPLY BRIEFS RE APPOINTMENT OF RECEIVER AND VACATING DEADLINE FOR SUBMISSION OF NAMES AND POWERS OF RECEIVER**<br><br>Re: Dkt. Nos. 24, 28, 30, 40, 50, 58, 66, 68 |

The Court has reviewed the parties' briefs on the question of whether the Court should appoint a receiver, a special master, or neither.

With regard to the possible appointment of a receiver, Plaintiff requests the opportunity to respond to any new evidence submitted by Defendants. This request is GRANTED IN PART. By April 19, 2016, Plaintiff may file a reply brief of not more than five pages, plus supporting evidence, to respond to Defendants' contention that Plaintiff has failed to provide Defendants with meaningful and complete information about the current operations of the subject winery and has failed to participate adequately in the meet and confer process. (*E.g.*, Dkt. No. 68, at 7 (PDF 10); Dkt. No. 68-1, at ¶ 4 & Exh. 2.) Plaintiff is reminded that factual contentions must be supported by "pin" citations to the specific portions of the record, not merely by general allusions to declarations.

By April 22, 2016, Defendants may file a sur-reply, not to exceed five pages plus supporting evidence, responding only to any new evidence raised by Plaintiff in the reply brief.

Further, the Court VACATES that portion of its March 23, 2016 order requiring the parties, by April 15, 2016, to submit proposed names and responsibilities, duties, and powers of the receiver or special master. (Dkt. No. 40, at 5:21-26.) These deadlines may be re-set by further

1 | order.
2 | **IT IS SO ORDERED.**
3 | Dated: April 14, 2016

_____
JEFFREY S. WHITE
United States District Judge